

# NUMBER 13-22-00016-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF G.M.K., A CHILD

---

**On appeal from the 267th District Court
of Victoria County, Texas.**

---

# ORDER OF ABATEMENT

**Before Justices Longoria, Hinojosa, and Silva
Order Per Curiam**

Appellant, J.W.K., attempts to appeal an order in suit to modify the parent-child relationship. On November 23, 2021, appellant filed his request for findings of facts and conclusions of law, followed by a notice of past due findings of fact and conclusions of law on December 22, 2021. The trial court entered findings of fact on January 11, 2022; however, the trial court did not include any conclusions of law. On March 10, 2022, appellant filed a motion to reverse and remand this matter for failure to file conclusions of

law, or, in the alternative, to abate the appeal with instruction to the trial court to file its conclusions of law.

Appellant's motion to reverse and remand is DENIED; however, appellant's motion to abate is GRANTED and the cause is remanded to the trial court. On remand, the trial court shall issue conclusions of law pursuant to appellant's request. Further, after a review of the record, this Court became aware that the trial court's final order does not contain the date on which the order was signed. The trial court should further correct the deficiency on the final order. The conclusions of law and corrected final order should be forwarded to the Clerk of this Court in a supplemental record within thirty days from the date of this order.

PER CURIAM

Delivered and filed on the
15th day of March, 2022.